## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on September 15, 2023

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **VIOLATIONS:** |
| | : | |
| **ANTHONY DARNELL MAY,** | : | **18 U.S.C. § 922(n)** |
| also known as "32," | : | **(Unlawful Possession of a Firearm By a** |
| | : | **Person Under Felony Indictment)** |
| **Defendant.** | : | **18 U.S.C. § 1512(c)** |
| | : | **(Tampering With Evidence)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about August 27, 2023, within the District of Columbia, **ANTHONY DARNELL MAY**, also known as "32," who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Conspiracy to Distribute, and Possess With Intent to Distribute, 100 Kilograms or More of Marijuana and a Detectable Amount of Oxycodone and Codeine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(vii), 841(b)(1)(C), and 846 and Conspiracy to Use, Carry, and Possess Firearms During, in Relation to, and in Furtherance of a Drug Trafficking Offense, in violation of 18 U.S.C. § 924(o) in the United States District Court for the District of Columbia, Case Number 20-CR-175-11, did willfully receive and possess a firearm and ammunition, that is, a make and model unknown 9mm semi-automatic handgun and

9mm ammunition, said firearm and ammunition having been shipped and transported in interstate commerce.

> **(Unlawful Possession of a Firearm by a Person Under Felony Indictment,** in violation of Title 18, United States Code, Section 922(n)).

## COUNT TWO

On or about August 27, 2023, within the District of Columbia, **ANTHONY DARNELL MAY,** also known as "32," did corruptly alter, destroy, mutilate and conceal, and attempt to alter, destroy, mutilate, and conceal, the following items: a make and model unknown 9mm semi-automatic handgun, hooded sweatshirt, face mask, Nike sneakers, and a cellular telephone, with the intent to impair the integrity and availability for use of those items in an official proceeding, namely the federal grand jury investigation into the discharge of the 9mm semi-automatic handgun by **ANTHONY DARNELL MAY,** also known as "32," on August 27, 2023, as well a hearing in the United States District Court for the District of Columbia Case Number 20-CR-175-11 regarding the violation of pretrial release conditions by **ANTHONY DARNELL MAY,** also known as "32".

> **(Tampering With Evidence,** in violation of Title 18, United States Code, Sections 1512(c)(1), and 2).

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves/mss*

Attorney of the United States in
and for the District of Columbia.